**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. N. B. WHITCOMB MONEY SYNDICATE, Trust Co. of Georgia, Syndicate Manager, Respondent.**

**SAME v. COCA-COLA SYNDICATE NO. 2, Trust Co. of Georgia, Syndicate Manager, Respondent.**

**Nos. 8673, 8674.**

Circuit Court of Appeals, Fifth Circuit.

March 29, 1938.

Lucius A. Buck, Sewall Key, J. Louis Monarch, and Lee A. Jackson, Sp. Assts. to Atty. Gen., James W. Morris, Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Ralph E. Smith, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

John E. McClure, of Washington, D. C., and Pope F. Brock, of Atlanta, Ga., for respondent.

Before FOSTER, SIBLEY, and HUTCHESON, Circuit Judges.

FOSTER, Circuit Judge.

These two cases involve substantially similar facts and present the same issues as were considered in the case of Commis-

sioner of Internal Revenue v. N. B. Whitcomb Coca-Cola Syndicate, etc., 5 Cir., 95 F.2d 596, decided this day. On the authority of that case the judgments are affirmed.

Affirmed.

SIBLEY, Circuit Judge, took no part in the disposition of these cases.